UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Molly Woll,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>West Publishing Corporation,<br><br>　　　　　Defendant. | Court File No.: 19-CV-00295 (JRT/KMM)<br><br>**MOTION FOR APPROVAL OF SETTLEMENT** |

The parties respectfully move for approval of the settlement as set forth in the Memorandum filed herewith. This motion is based on the contemporaneously filed memorandum.

Dated: August 12, 2019

**/s/ Susan E. Ellingstad**
Susan E. Ellingstad, MN #243346
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:   (612) 339-6900
Facsimile:     (612) 339-0981
seellingstad@locklaw.com

**ATTORNEY FOR DEFENDANT WEST PUBLISHING CORPORATION**

541533.1